AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

ESTATE OF JONNY TORRES, by and through his Personal Representative MANUEL BANDA; JAMIE VALENCIA, parent of Jonny Torres; and MARIA M. TORRES, parent of Jonny Torres,

*Plaintiffs*

v.

KENNEWICK SCHOOL DISTRICT #17; a quasi-governmental agency and agents thereof with knowledge and responsibility; TAMARA VASQUEZ, individually and in her capacity as Nurse at Highlands Middle School; KENNEWICK PUBLIC HOSPITAL DISTRICT, d/b/a TRIOS HEALTH, and agents thereof with knowledge and responsibility; DR. WHITNEY FIX-LANES, in her capacity acting as a medical doctor for TRIOS HEALTH; DR. SHEILA K. DUNLOP, in her capacity acting as a medical doctor for TRIOS HEALTH; and JOHN and JANE DOE RESIDENT,

*Defendants*

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Dec 11, 2020**

SEAN F. McAVOY, CLERK

Civil Action No. 4:19-CV-5038-RMP

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: Defendants Kennewick Public Hospital District d/b/a TRIOS Health ("TRIOS Health"), Dr. Whitney Fix-Lanes, Dr. Sheila K. Dunlop, and John/Jane Doe Resident's Motion for Summary Judgment (ECF No. 81) is GRANTED and same Defendants are dismissed with prejudice from this case. Judgment is entered for Defendants Kennewick Public Hospital District d/b/a TRIOS Health ("TRIOS Health"), Dr. Whitney Fix-Lanes, Dr. Sheila Dunlop, and John/Jane Doe on all claims asserted against them.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge Rosanna Malouf Peterson on a motion for Summary Judgment (ECF No. 81).

Date: 12/11/2020

CLERK OF COURT

SEAN F. McAVOY

s/ Lee Reams
*(By) Deputy Clerk*

Lee Reams