AO 450 (Rev. 11/11) Judgment in a Civil Action

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

Jun 02, 2023

SEAN F. McAVOY, CLERK

Estate of Jonny Torres, by and through his Personal Representative Manuel Banda, James Valencia, parent of Jonny Torres, Maria M. Torres, parent of Jonny Torres,

*Plaintiff*

v.

Kennewick School District No 17, Tamara Vasquez, individually and in her capacity as Nurse at Highlands Middle School, City of Kennewick, dba Kennewick Fire Dept and City of Kennewick, David Day, Anthony Marsh, Mark Cook, Christopher Johnson, Kennewick Public Hospital District dba Trios Health, Dr. Whitney Fix-Lanes, Dr. Sheila K. Dunlop,

*Defendant*

Civil Action No. 4:19-CV-05038-MKD

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: The City Defendant's Motion for Summary Judgment, ECF No. 374, is GRANTED.
All claims against the City Defendants are DISMISSED WITH PREJUDICE, with all parties to bear their own costs and attorney fees.
JUDGMENT is entered favor of the City Defendants and against the Estate.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge Mary K. Dimke.

Date: 6/2/2023

*CLERK OF COURT*

SEAN F. McAVOY

s/ Brian Molony
*(By) Deputy Clerk*

Brian Molony