FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jan 03, 2025

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ESTATE OF JONNY TORRES, by and through his Personal Representative Manuel Banda; JAMIE VALENCIA, parent of Jonny Torres; MARIA M. TORRES, parent of Jonny Torres,<br><br>            Plaintiffs,<br><br>  v.<br><br>KENNEWICK SCHOOL DISTRICT NO. 17, a quasi-government agency and agents thereof with knowledge and responsibility; TAMARA VASQUEZ, individually and in her capacity as nurse at Highland Middle School; CITY OF KENNEWICK, d/b/a Kennewick Fire Department and City of Kennewick Ambulance and agents thereof with knowledge and responsibility; and DAVID DAY, ANTHONY MARSH, MARK COOK, and CHRISTOPHER JOHNSON, in their capacity as medical responders for City of Kennewick,<br><br>            Defendants. | No. 4:19-CV-05038-MKD<br><br>ORDER RE STIPULATION FOR DISMISSAL WITH PREJUDICE<br><br>**ECF No. 576** |

ORDER - 1

Before the Court is the parties' Stipulated Motion for Order of Dismissal With Prejudice and Without Costs, ECF No. 576. The parties stipulate to the dismissal of this action, with prejudice and without an award of attorneys' fees or costs to any party. Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), a plaintiff may dismiss an action without court order by filing a stipulation of dismissal signed by all parties who have appeared. The stipulation is signed by all parties who have appeared and have not already been dismissed from the case.[1]

Accordingly, **IT IS ORDERED:**

1. The parties' Stipulated Motion for Order of Dismissal With Prejudice and Without Costs, **ECF No. 576**, is **GRANTED**.

2. Pursuant to Rule 41(a)(1)(A)(ii) and the parties' stipulation, all claims are **DISMISSED with prejudice**, without an award of fees or costs.

3. All pending motions, if any, are **DENIED as moot**.

4. All pending dates and deadlines are **STRICKEN**.

---

[1] The only remaining Defendant in this case is Kennewick School District No. 17. The stipulation has been signed by counsel for this Defendant.

ORDER - 2

1     **IT IS SO ORDERED.** The District Court Executive is directed to enter this

2 Order, provide copies to the parties, and **CLOSE** the file.

3     DATED January 3, 2025.

*s/Mary K. Dimke*
MARY K. DIMKE
UNITED STATES DISTRICT JUDGE

ORDER - 3